UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ASSOCIATED MARINE EQUIPMENT, LLC            CIVIL ACTION

VERSUS            NO. 05-2837

EDMOND JONES            SECTION "N" (1)

## O R D E R AND REASONS

Before the Court is Associated Marine Equipment's Motion to Reinstate Order and Reasons Denying Plaintiff's Motion for Relief of Judgment Pursuant to Rule 60 (Rec. Doc. 32), which is opposed by Defendant Edmond Jones. (See Rec. Doc. 34). After considering the Fifth Circuit's Opinion (Rec. Doc. 26), the memoranda filed by the parties, the applicable law, and the arguments made by counsel at oral argument held on May 5, 2010 before the undersigned,

**IT IS ORDERED** that **Associated Marine Equipment's Motion to Reinstate Order and Reasons Denying Plaintiff's Motion for Relief of Judgment Pursuant to Rule 60 (Rec. Doc. 32)** is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the **Motion for Relief from Judgment Pursuant to Rule 60 of the Federal Rules of Civil Procedure (Rec. Doc. 14)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Clara E. Toombs, who is still enrolled as counsel of record, should **SHOW CAUSE** in writing on or before **Tuesday, June 1, 2010**, why she should

not be sanctioned in an amount sufficient to compensate Associated Marine Equipment ("AME") for its fees and costs pursuing discovery before this Court. Ms. Toombs shall also include why she has failed to file a Motion to Withdraw if she is no longer representing Mr. Jones. This submission may be submitted to the Court by hand, electronically, or by fax (504) 589-4457.

**IT IS FURTHER ORDERED** that Mr. Jones's attorney, Gothard Reck, shall see to it that Ms. Toombs receives a copy of this Order and Reasons.

**IT IS ALSO ORDERED** that Mr. Jones shall submit to opposing counsel all completed discovery responses within 15 days of the entry of this Order and Reasons and shall sit for a deposition within 30 days of the submission of the written discovery responses.

**IT IS FINALLY ORDERED** that, within 30 days of the entry of this Order and Reasons, counsel for AME shall advise Mr. Reck and the Court of its intention to pursue the independent medical examination ("IME") of Mr. Jones.

A scheduling conference will be set by separate Order by the Court's Case Manager.

New Orleans, Louisiana, this 18th day of May, 2010.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

CC: Assigned Magistrate Judge